UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL MIMS,

    Plaintiff,

v.

    Case No. 24-cv-11943
    Honorable Linda V. Parker

LVNV FUNDING, LLC,

    Defendant.
_____/

## JUDGMENT

On July 10, 2024, Plaintiff initiated this action against Defendant alleging a violation of the Fair Debt Collection Practices Act. Defendant subsequently filed a motion to dismiss, which the Court granted in an Opinion and Order entered on today's date.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Date: March 7, 2025

s/LINDA V. PARKER
UNITED STATES DISTRICT JUDGE